# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

J. D. THOMPSON, III

NO. 2022 KW 0650

**AUGUST 29, 2022**

---

In Re:   J. D. Thompson, III, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 14-CR8-124255.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** Relator's request for a stay of the proceedings is denied. Any future filing regarding the September 2021 application for postconviction relief should include a copy of all the relevant documents and transcripts from the district court record necessary to address the issues presented for review.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

*a.snO*

_____
DEPUTY CLERK OF COURT
FOR THE COURT